NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONNIE ANDERSON,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )      Case No. 2D19-96
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____  )

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

Ronnie Kenneth Anderson, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.